HENRY T. SMITH, Respondent, *v.* SAMUEL FEIGIN et al., Appellants.

Argued June 2, 1948; decided June 11, 1948.

*Isadore B. Hurwitz* and *Harold H. Feigin* for appellants.

*Paul D. Miller, Henry Root Stern* and *Henry Allen Mark* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.